# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary A. Lunn and Sharon L. Lunn<br>       <u>Debtor(s)</u> | BKY. NO. 15-02167 RNO<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5485

                                        Respectfully submitted,

                                        <u>**/s/ Thomas Puleo**</u>
                                        Thomas Puleo, Esquire
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406
                                        Attorney for Movant/Applicant