```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 15-02167-JJT
Gary A. Lunn                                                    Chapter 13
Sharon L. Lunn
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 1              Date Rcvd: Jun 19, 2018
                              Form ID: trc                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
4836324        +U.S Bank National Association, et al,   P.O.Box 52708, Irvine,CA 92619,
                U.S Bank National Association, et al,   P.O.Box 52708, Irvine,CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Richard A. Wilson    on behalf of Debtor 1 Gary A. Lunn attorney@richardwilson.com,
               angela@richardwilson.com
              Richard A. Wilson    on behalf of Debtor 2 Sharon L. Lunn attorney@richardwilson.com,
               angela@richardwilson.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-02167-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Gary A. Lunn
27204 Route 187
Wysox PA 18854

Sharon L. Lunn
27204 Route 187
Wysox PA 18854

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/18/2018.

Name and Address of Alleged Transferor(s):

Claim No. 1: U.S Bank National Association, et al, P.O.Box 52708, Irvine,CA 92619, U.S Bank National Association, et al, P.O.Box 52708, Irvine,CA 92619

Name and Address of Transferee:

U.S. Bank Trust National Association
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 7503
U.S. Bank Trust National Association
c/o BSI Financial Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/21/18

Terrence S. Miller
**CLERK OF THE COURT**