UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRCT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Gary A. Lunn and | : | |
| Sharon L. Lunn, | : | Case No: 5:15-bk-02167RNO |
| Debtors. | : | |

## MOTION FOR TERMINATION OF WAGE ATTACHMENT

Comes now, Gary A. Lunn and Sharon L. Lunn, his wife, by and through Richard A. Wilson, Esquire and respectfully represents in support thereof:

1. Debtors filed for a Chapter 13 bankruptcy on May 21, 2015.
2. Plan was confirmed on December 28, 2015.
3. A Motion for Wage Attachment was filed on June 19, 2015.
4. The Order Granting Wage Attachment was dated June 23, 2015.
5. All plan payments have been paid.
6. The bankruptcy is now complete.
7. Debtors wish to terminate the wage attachment

WHEREFORE, the Debtors respectfully request that this Court enter an order directing the above mentioned wage attachment be terminated.

Respectfully Submitted,

/s/ Richard A. Wilson, Esq.
Attorney for Debtors
PA Bar ID: 81508
P.O. Box 742
Wyalusing, PA  18853
(570) 746-3480

# **DEBTOR CONSENT TO TERMINATION OF WAGE ATTACHMENT**

April 8, 2020                     /s/ Gary A. Lunn
                                  Debtor –Gary A. Lunn


April 8, 2020                     /s/ Sharon L. Lunn
                                  Debtor – Sharon L. Lunn

# CERTIFICATE OF SERVICE

      AND NOW, this 8th day of April, 2020, I hereby certify that I have served the within Motion by depositing a true and correct copy of the same in the United States Mail at Towanda, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036

      /s/ Richard A. Wilson, Esq.
Richard A. Wilson, Esq.
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRCT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Gary A. Lunn and | : | |
| Sharon L. Lunn, | : | Case No: 5:15-bk-02167RNO |
| Debtors. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2020, the Court has considered the Motion to Terminate Wage Attachment was filed on _____, 2020, and

IT IS ORDERED THAT:

The Debtor's employer, Cargill Meat Solutions Corp., ATTN: Payroll Department, P.O. Box 5610 Minneapolis, MN 55440, will TERMINATE the transmission to the Chapter 13 Trustee as previously ordered on April10, 2015.

_____J.
Judge Robert N. Opel