```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                           Case No. 15-02167-RNO
Gary A. Lunn                                                     Chapter 13
Sharon L. Lunn
        Debtors
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke          Page 1 of 1            Date Rcvd: Apr 09, 2020
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db/jdb         +Gary A. Lunn,    Sharon L. Lunn,   27204 Route 187,    Wysox, PA 18854-7998
               +Cargill,    1252 Route 706,    Wyalusing, PA 18853-9073

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Richard A. Wilson    on behalf of Debtor 1 Gary A. Lunn attorney@richardwilson.com,
               angela@richardwilson.com
              Richard A. Wilson    on behalf of Debtor 2 Sharon L. Lunn attorney@richardwilson.com,
               angela@richardwilson.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRCT OF
# PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Gary A. Lunn and | : | |
| Sharon L. Lunn, | : | Case No: 5:15-bk-02167RNO |
| Debtors. | : | |

## **ORDER**

AND NOW, tthe Court has considered the Motion to Terminate Wage Attachment, and

IT IS ORDERED THAT:

The Debtor's employer, Cargill Meat Solutions Corp., ATTN: Payroll Department, P.O. Box 5610 Minneapolis, MN 55440, will TERMINATE the transmission to the Chapter 13 Trustee as previously ordered on June 23, 2015.

Dated: April 9, 2020

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Bankruptcy Judge (DG)