Certificate Number: 05781-PAM-DE-034463042

Bankruptcy Case Number: 15-02167


05781-PAM-DE-034463042

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 16, 2020</u>, at <u>3:30</u> o'clock <u>PM PDT</u>, <u>Sharon Lunn</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 16, 2020</u>     By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>

Certificate Number: 05781-PAM-DE-034463041

Bankruptcy Case Number: 15-02167


05781-PAM-DE-034463041

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 16, 2020</u>, at <u>3:30</u> o'clock <u>PM PDT</u>, <u>Gary Lunn</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 16, 2020</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>