## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| GARY A. LUNN | Case No.: 5-15-02167-RNO |
| SHARON L. LUNN | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name: BSI FINANCIAL
Court Claim Number: 01
Last Four of Loan Number: 5485/PRE ARREARS/RR 2 BOX 175
Property Address if applicable: 27204 ROUTE 187, , WYSOX, PA18854

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $13,974.27
b. Prepetition arrearages paid by the Trustee: $13,974.27
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $13,974.27

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $585.20
Next postpetition payment due: JULY, 2020
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 12, 2020	Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Creditor Name:  BSI FINANCIAL
Court Claim Number:  01

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200 | 1143490 | 02/03/2016 | $1,055.08 | $0.00 | $1055.08 |
| 5200 | 1145124 | 03/02/2016 | $239.42 | $0.00 | $239.42 |
| 5200 | 1146868 | 04/06/2016 | $239.42 | $0.00 | $239.42 |
| 5200 | 1148560 | 05/04/2016 | $239.42 | $0.00 | $239.42 |
| 5200 | 1150239 | 06/14/2016 | $239.42 | $0.00 | $239.42 |
| 5200 | 1151766 | 07/07/2016 | $239.42 | $0.00 | $239.42 |
| 5200 | 1153232 | 08/04/2016 | $250.42 | $0.00 | $250.42 |
| 5200 | 1154783 | 09/01/2016 | $250.42 | $0.00 | $250.42 |
| 5200 | 1156655 | 10/05/2016 | $235.75 | $0.00 | $235.75 |
| 5200 | 1158236 | 11/02/2016 | $235.75 | $0.00 | $235.75 |
| 5200 | 1159864 | 12/06/2016 | $235.75 | $0.00 | $235.75 |
| 5200 | 1161434 | 01/12/2017 | $235.75 | $0.00 | $235.75 |
| 5200 | 1162950 | 02/08/2017 | $235.93 | $0.00 | $235.93 |
| 5200 | 1164487 | 03/09/2017 | $235.93 | $0.00 | $235.93 |
| 5200 | 1166135 | 04/12/2017 | $235.93 | $0.00 | $235.93 |
| 5200 | 1167664 | 05/11/2017 | $235.93 | $0.00 | $235.93 |
| 5200 | 1169264 | 06/13/2017 | $235.93 | $0.00 | $235.93 |
| 5200 | 1170638 | 07/06/2017 | $235.93 | $0.00 | $235.93 |
| 5200 | 1172154 | 08/10/2017 | $235.93 | $0.00 | $235.93 |
| 5200 | 1173686 | 09/19/2017 | $235.93 | $0.00 | $235.93 |
| 5200 | 1174934 | 10/11/2017 | $232.12 | $0.00 | $232.12 |
| 5200 | 1176272 | 11/08/2017 | $232.12 | $0.00 | $232.12 |
| 5200 | 1177658 | 12/05/2017 | $232.12 | $0.00 | $232.12 |
| 5200 | 1179091 | 01/11/2018 | $232.12 | $0.00 | $232.12 |
| 5200 | 1180460 | 02/08/2018 | $247.54 | $0.00 | $247.54 |
| 5200 | 1181819 | 03/08/2018 | $247.54 | $0.00 | $247.54 |
| 5200 | 1183199 | 04/03/2018 | $247.54 | $0.00 | $247.54 |
| 5200 | 1186332 | 05/15/2018 | $247.54 | $0.00 | $247.54 |
| 5200 | 1187585 | 06/07/2018 | $247.54 | $0.00 | $247.54 |
| 5200 | 1188098 | 07/12/2018 | $2,520.96 | $0.00 | $2520.96 |
| 5200 | 1189536 | 08/09/2018 | $217.15 | $0.00 | $217.15 |
| 5200 | 1190862 | 09/06/2018 | $217.15 | $0.00 | $217.15 |
| 5200 | 1192160 | 10/10/2018 | $432.20 | $0.00 | $432.20 |
| 5200 | 1193545 | 11/08/2018 | $213.47 | $0.00 | $213.47 |
| 5200 | 1194897 | 12/13/2018 | $641.73 | $0.00 | $641.73 |
| 5200 | 1197610 | 02/07/2019 | $212.81 | $0.00 | $212.81 |
| 5200 | 1210550 | 12/12/2019 | $15.47 | $0.00 | $15.47 |
| 5200 | 1211949 | 01/16/2020 | $232.75 | $0.00 | $232.75 |
| 5200 | 1213308 | 02/13/2020 | $248.16 | $0.00 | $248.16 |
| 5200 | 1214620 | 03/12/2020 | $248.16 | $0.00 | $248.16 |
| 5200 | 1215935 | 04/14/2020 | $232.75 | $0.00 | $232.75 |
| 5200 | 1217128 | 05/06/2020 | $470.80 | $0.00 | $470.80 |
| 5200 | 1218065 | 06/02/2020 | $321.07 | $0.00 | $321.07 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

GARY A. LUNN  Case No.: 5-15-02167-RNO
SHARON L. LUNN  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 12, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| RICHARD A WILSON, ESQUIRE<br>ROUTE 6<br>PO BOX 769<br>WYALUSING PA, 18853- | SERVED ELECTRONICALLY |
| BSI FINANCIAL SERVICES<br>1425 GREENWAY DRIVE, SUITE 400<br>IRVING, TX, 75038 | SERVED BY 1ST CLASS MAIL |
| GARY A. LUNN<br>SHARON L. LUNN<br>27204 ROUTE 187<br>WYSOX, PA 18854 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 12, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com