```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 15-02167-RNO
Gary A. Lunn                                                Chapter 13
Sharon L. Lunn
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke           Page 1 of 1       Date Rcvd: Aug 19, 2020
                             Form ID: fnldecnd         Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
```
db            +Gary A. Lunn,    27204 Route 187,    Wysox, PA 18854-7998
jdb           +Sharon L. Lunn,   27204 Route 187,    Wysox, PA 18854-7998
4648914       +Creditors Collection S,    Po Box 1540,    Corning, NY 14830-5240
4648915       +Nationstar Mortgage,    P.O. Box 60516,    City of Industry, CA 91716-0516
4836324       +U.S Bank National Association, et al,    P.O.Box 52708, Irvine,CA 92619,
                U.S Bank National Association, et al,    P.O.Box 52708, Irvine,CA 92619-2708
4836323        U.S Bank National Association, et al,    P.O. Box 52708, Irvine,CA 92619
5074590       +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                1425 Greenway Drive, Ste 400,    Irving, TX 7503,    U.S. Bank Trust National Association,
                c/o BSI Financial Services 75038-2480
5074589       +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4653349        E-mail/PDF: rmscedi@recoverycorp.com Aug 19 2020 19:53:03
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
4648916        E-mail/Text: jrice@taylorbean.com Aug 19 2020 19:49:36      Taylor, Bean & Whitaker,
               ATTN: Cust. Svc Dept,    4901 Vineland Rd, Ste 120,    Orlando, FL 32811
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
```
              Brian E Caine    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               SCIG Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC
               josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association
               josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Richard A. Wilson    on behalf of Debtor 1 Gary A. Lunn attorney@richardwilson.com,
               angela@richardwilson.com
              Richard A. Wilson    on behalf of Debtor 2 Sharon L. Lunn attorney@richardwilson.com,
               angela@richardwilson.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gary A. Lunn, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:15−bk−02167−RNO |
| Sharon L. Lunn, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−6242    xxx−xx−8993

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Gary A. Lunn and Sharon L. Lunn** in accordance with §1328 of the Bankruptcy Code.

Dated: August 19, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

**fnldec** (05/18)